IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| LAURA STAHL | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. WMN 00 CV 3211 |
| | ) | |
| TODD STEWART, et al. | ) | |
| | ) | |
| Defendants | ) | |

### JOINT REPORT REGARDING DEPOSTION HOURS

COME NOW the Defendants State Farm Fire and Casualty Company and Todd Stewart and hereby file this joint report regarding deposition hours in accordance with the Court's Scheduling Order. Plaintiff anticipates that she will require twelve (12) hours to conduct fact depositions. Defendants State Farm Fire and Casualty Company and Todd Stewart anticipate that they will require twenty-five (25) hours to conduct fact depositions.

Respectfully submitted,

BUDOW AND NOBLE, P.C.

_/s/ Michael J. Budow/MBK_
Michael J. Budow

_/s/ Michael Krackov_
Michael B. Krackov
7201 Wisconsin Avenue, #600
Bethesda, Maryland 20814
(301) 654-0896
Attorney for State Farm and Todd Stewart

APPROVED
November 22nd 00
/s/ [Judge signature]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing **Joint Report Regarding Deposition Hours** was mailed, first class, postage prepaid this 13 day of November, 2000 to:

Laura Stahl
516 Lime Landing Road
Millington, MD 21651-1608
(410) 928 - 3090
*Pro se* Plaintiff

*[signature]*
Michael B. Krackov

J:\MBK\SF\Stahl, Laura\Report on Deposition Hours.wpd