IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAURA STAHL              :
                         :
v.                       :   Civil No. WMN-00-3211
                         :
TODD SMITH, et al.       :
                         :

### ORDER

Before the Court is Pro Se Plaintiff's "Joinder of Party Request." Paper No. 17. In this pleading, Plaintiff Laura Stahl requests that her husband be named as a plaintiff in this action and also seeks to include some additional causes of action against Defendants. The Court has docketed the pleading as a motion to amend complaint. Defendants have not opposed the motion and the time for having done so has expired. For good cause shown, the Court will grant the motion.

Accordingly, IT IS this 16th day of January, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff's Motion to Amend Complaint, Paper No. 17, is hereby GRANTED;

2. That Plaintiffs' Amended Complaint is deemed to be filed as of the date of this Order; and

3. That the Clerk of the Court shall mail or transmit a copy of this Order to Plaintiffs and all counsel of record.

_____
William M. Nickerson
United States District Judge