IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| LAURA STAHL )<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>TODD STEWART, et al. )<br>)<br>Defendants )<br>_____) | Civil Action No. WMN 00 CV 3211 |

## ORDER

Upon consideration of the Defendants' Consent Motion to Extend Discovery, it is this 5th day of March, 2001, hereby,

**ORDERED** that the Defendants' Motion to Extend Discovery is hereby **GRANTED**, and it is further,

**ORDERED** that the deadlines in the scheduling order be modified as follows:

| | |
|---|---|
| Discovery deadline/Status Report: | April 1, 2001 |
| Request for Admissions | April 8, 2001 |
| Dispositive Pretrial Motions | May 1, 2001 |

_____
Judge William N. Nickerson
U.S. District Court for the District
of Maryland

cc:

Michael J. Budow, Esq.
7201 Wisconsin Avenue, Suite 600
Bethesda, Maryland 20814
(301) 654 - 0896
Attorney for Defendants

Laura Stahl
516 Lime Landing Road
Millington, MD 21651-1608
(410) 928 - 3090
*Pro se* Plaintiff