ALLAN A. NOBLE
MICHAEL J. BUDOW
RICHARD E. SCHIMEL
WALTER E. GILLCRIST, JR
ANNE KELLEY HOWARD
PAMELA RANDI JOHNSON
J. CHARLES SZCZESNY•
LAURA BASEM JACOBS
MICHAEL B. KRACKOV
JASON J. HINTON•
JOANNA SGALFON PHARR•

• MARYLAND ONLY

MAY 30 2001

# LAW OFFICES
## BUDOW AND NOBLE, P.C.
SUITE 600, BETHESDA GATEWAY BUILDING
7201 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814

(301) 654-0896
FAX (301) 907-9591
E-MAIL info@budownoble.com

HOWARD COUNTY OFFICE
3716 COURT PLACE, SUITE 400
ELLICOTT CITY, MARYLAND 21043
(410) 461-3322
FAX (410) 461-4824

PRACTICING IN MARYLAND
AND THE DISTRICT OF COLUMBIA

OF COUNSEL
JEAN L. BETZ



RECEIVED
MAY 29 2001
JUDGE WILLIAM M. NICKERSON

May 29, 2001

*Via Facsimile and Regular Mail*

Judge William Nickerson
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:  <u>Laura Stahl v. Todd Stewart, et al.</u>
United States District Court for the District of Maryland
WMN 00 CV 3211

Dear Judge Nickerson:

The Reply Brief by the Defendants in the above referenced matter, in support of their Motion for Summary Judgment, is due on Friday, June 1, 2001. The undersigned counsel for the Defendants is appearing as counsel for a previously scheduled trial in the Circuit Court of Maryland for Montgomery County, Case No. 205187, which begins on May 30, 2001. With the consent of the Plaintiffs in this matter, the Defendants respectfully for an extension until Tuesday, June 5, 2001 in order to file their Reply Brief.

Trusting that this is satisfactory, I remain,

Very truly yours,

BUDOW AND NOBLE, P.C.

Michael B. Krackov/mm
Michael B. Krackov

MBK/
cc:   Laura Stahl
J:\MBK\SF\Stahl, Laura\Nickerson 1.wpd

APPROVED   29th DAY
OF May    01
[signature] Nickerson
UNITED STATES