IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAURA STAHL

v.  :  Civil Action WMN-00-3211

TODD STEWART, et al.

## ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 17th day of December, 2001, by the United States District Court for the District of Maryland, ORDERED:

1) That Defendants' Motion for Summary Judgment, Paper No. 23, is hereby GRANTED;

2) That judgment is entered in favor of Defendants and against Plaintiffs;

3) That this action is hereby CLOSED;

4) That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

5) That the Clerk of Court shall mail or transmit copies of this Memorandum and Order to Plaintiffs and all counsel of record.

William M. Nickerson
United States District Judge